# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 6D2025-1373
Lower Tribunal No. 2025-CA-000256

————————————————

PAUL EMMANUEL KNIGHT,

Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Appellee.

————————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Charlotte County.
Russell T. Kirshy, Judge.

June 23, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and SMITH, JJ., concur.


Paul Emmanuel Knight, Punta Gorda, pro se.

James Uthmeier, Attorney General, Tallahassee, and Thomas Munkittrick, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED